```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __10-1-18__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTINEZ ET AL.,

            Plaintiffs,

-against-

KORONET PIZZA CORP. ET AL.,

            Defendants.

17-cv-5457 (JGK)

ORDER

**JOHN G. KOELTL, United States District Judge:**

    The Court has reviewed the two Settlement Agreements in this action, the first filed on June 26, 2018, and the second filed on September 21, 2018. For the reasons explained on the record today, September 28, 2018, the Court finds the Settlement Agreements to be fair, reasonable, and adequate. The Court also finds that the provisions for attorneys' fees and costs to be fair and reasonable except that the amount of attorneys' fees and costs for the first Settlement Agreement should be reduced from $50,000 to $35,000 and the remaining $15,000 should be distributed to the plaintiffs in proportion to their recovery in the case.

    This case is therefore **dismissed with prejudice** and the parties are directed to effectuate the terms of the Settlement Agreements. The Court will retain jurisdiction for the purpose of resolving any disputes with respect to the accomplishment of the Settlement Agreements.

The Clerk of the Court is directed to close this case.

**SO ORDERED.**

**Dated: September 28, 2018
      New York, New York**

_____
JOHN G. KOELTL
United States District Judge